of Appeals for the Seventh Circuit denied. *Mr. Benjamin C. Bachrach* for petitioner. *Mr. Assistant Attorney General Stewart* and *Mr. H. S. Ridgely* for the United States.

---

No. 701. FREDERICK M. KILMER, TRUSTEE, ETC., *v.* CHARLES H. KEITH, TRUSTEE, ETC. March 8, 1920. Petition for a writ of certiorari to the Circuit Court of Appeals for the First Circuit denied. *Mr. Elbridge R. Anderson* for petitioner. *Mr. Lee M. Friedman* and *Mr. Percy A. Atherton* for respondent.

---

No. 703. ROME LANE, ON BEHALF OF HIMSELF AND OTHERS *v.* EQUITABLE TRUST COMPANY OF NEW YORK. March 8, 1920. Petition for a writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Wells H. Blodgeit* and *Mr. Clifford B. Allen* for petitioner. *Mr. G. W. Murray* and *Mr. Lawrence Greer* for respondent.

---

No. 704. MARIA ELOISA ROCHA *v.* EMILIA TUASON Y PATINO ET AL. March 8, 1920. Petition for a writ of certiorari to the Supreme Court of the Philippine Islands denied. *Mr. W. A. Kincaid, Mr. Alex. Britton* and *Mr. Evans Browne* for petitioner. No appearance for respondents.

---

No. 711. HUDSON NAVIGATION COMPANY *v.* J. ARON & COMPANY, INC., ET AL. March 8, 1920. Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Seth Shepard* and *Mr. Stuart G.*